**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6838**

---

HARRY RIZER,

                              Petitioner - Appellant,

        versus

PAUL KIRBY, Warden, Northern Regional Jail/
Correctional Facility,

                              Respondent - Appellee.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert Earl Maxwell, Senior
District Judge.  (CA-97-20-2)

---

Submitted:  September 30, 1998        Decided:  October 15, 1998

---

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Harry Rizer, Appellant Pro Se.  Leslie K. Kiser, WEST VIRGINIA
DEPARTMENT OF CORRECTIONS, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harry Rizer appeals the district court's order denying his "Motion for Stay of Judgment Pending Rehearing." We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, see 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders. See 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We deny a certificate of appealability and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2